No. 68568.—James S. Baker (Imports) Co., Inc., and Ted L. Rausch v. United States, protests 60/24036, 60/31256, and 60/31262 (San Francisco).

Opinion by Rao, J. In accordance with stipulation of counsel that the merchandise consists of jacks similar in all material respects to those the subject of Abstract 63676, the claim of the plaintiffs was sustained.